UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee                                Page   1

BARRY E. BOROWITZ                         Date            05/09/2016        RICHARDS, NICHOLAS PAUL
BOROWITZ & CLARK
100 N. BARRANCA AVE., #250                Case Number    2:15-bk-27200-WB
WEST COVINA,CA 91791-                                                       1004 ARROYO DRIVE, UNIT 7
                                          Bar Date       03/21/2016         SOUTH PASADENA CA 91030

## NOTICE OF INTENT TO PAY ADDITIONAL CLAIMS

Notice is hereby given to the debtor and counsel, if any, that the Trustee will pay the claims listed below. Any questions regarding this notice should be directed to the Trustee in writing at 1000 Wilshire Blvd., Suite 870, Los Angeles, CA  90017.

| | Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|---|
| 418-0 | U.S. DEPARTMENT OF EDUCATION<br>NATIONAL PAYMENT CENTER<br>P.O. BOX 105028<br>ATLANTA,GA 30348-4562 | 04/27/2016 | 2,613.00 | 4,621.68 | 100.00 | Unsec<br>* LATE * |

/s/ Nancy Curry, Trustee

### PROOF OF SERVICE

I declare that I am a citizen of the United States, over the age of 18 years and not a party of the within action; That I am employed by NANCY CURRY, CHAPTER 13 STANDING TRUSTEE and that on  5/9/2016 I served the within NOTICE OF INTENT TO PAY ADDITIONAL CLAIMS on:   Debtor and                          Debtors attorney.
by first class mail with postage fully prepaid thereon.

RICHARDS, NICHOLAS PAUL            BARRY E. BOROWITZ
                                   BOROWITZ & CLARK
1004 ARROYO DRIVE, UNIT 7          100 N. BARRANCA AVE., #250
SOUTH PASADENA CA 91030            WEST COVINA CA 91791-

Executed at Los Angeles, California on 5/9/2016

/s/ Elizet Cash-Shelton