UNITED STATES BANKRUPTCY COURT
Central District of California
Claims Register

IN RE: Nicholas Paul Richards                                Chapter 13
                                                             Case Number: 15-27200

WITHDRAWAL OF CLAIM

Creditor, SunUp Financial LLC, dba Balance Credit.com by Peritus Portfolio Services II, LLC as agent hereby withdraws its Claim, filed on 6/24/2016, marked as claim number 10 on the court's claim register, in the amount of $2526.28.

Dated: This 8th day of July 2016

                                   By:    /s/ Steve Hornbeck
                                          Peritus Portfolio Services II, LLC
                                          P.O BOX 141419
                                          IRVING, TX 75014
                                          Tell No: 866-831-5954
                                          Fax: 817-796-2744
                                          Email: **shornbeck@perituservices.com**