Nancy Curry
Chapter 13 Standing Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
(213) 689-3014  FAX (213) 689-3055

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>LOS ANGELES DIVISION | |
|---|---|
| In re<br><br>RICHARDS, NICHOLAS PAUL<br><br><br><br>Debtor | CHAPTER 13<br><br>CASE NO. 2:15-bk-27200-WB<br><br>NOTICE AND MOTION TO DISMISS OR CONVERT CHAPTER 13 CASE DUE TO MATERIAL DEFAULT 11 USC §1307(c)<br><br>DATE/TIME: June 28, 2017 at 1:30 pm<br>Courtroom: 1375<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE** that Nancy Curry, Chapter 13 Trustee, will and hereby does move the Court to dismiss or convert this case.

**Pursuant to Local Bankruptcy Rule 9013-1(f) and (h), any party in interest wishing to oppose this motion must file and serve opposition papers no later than fourteen (14) days prior to the hearing date. Failure to file a written opposition may be deemed by the Court as a waiver of any objection thereto and as consent to the relief requested.**

DATED: March 28, 2017                                                                              /s/ Nancy Curry

    **I, Nancy Curry, do hereby declare and state as follows:**

1. I am the Chapter 13 Trustee and am duly qualified to make this declaration.  As to the following facts, I know them to be true from my personal knowledge.

2. On November 9, 2015, the debtor filed a Chapter 13 bankruptcy petition.  The plan was confirmed on January 27, 2016.

3. The debtor has failed to tender all payments required as evidenced by the attached receipt history which is incorporated here in reference.  11 USC § 1307 (c) (i), LBR 3015-I(k).

4. Copies of recent federal/state income tax returns pursuant to LBR 3015-1 (O), and any tax refunds in excess of $1,500 have not been received.

I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.

Executed at Los Angeles, California on March 28, 2017.

                                                                                                              /s/ Nancy Curry

TMD DELQ TAX - HRG

Case 2:15-bk-27200-WB  Doc 26  Filed 03/28/17  Entered 03/28/17 11:31:13  Desc
Case Docs Report - Receipt History  Page 2 of 3

Page 1
Chapter 13

Status as of 3/28/2017

**1527200-WB**

RICHARDS, NICHOLAS PAUL

1004 ARROYO DRIVE, UNIT 7  Atty: BARRY E. BOROWITZ  44 Rmng of 60 Mos.
SOUTH PASADENA CA 91030  Payment: $965.00 Per M
First Pmt Date  12/09/2015  Delinquent $3,860.00

| Check | Batch Id | Date | Amount Paid | Src | Type | Description | Employer |
|---|---|---|---|---|---|---|---|
| 798598 | 17020044 | 02/17/2017 | $965.00 | 3 | Cashiers Check | | |
| 853661 | 16120031 | 12/14/2016 | $965.00 | 3 | Cashiers Check | | |
| 853672 | 16120031 | 12/14/2016 | $965.00 | 3 | Cashiers Check | | |
| 1121201657 | 16110039 | 11/21/2016 | $965.00 | TF | TFS Billpay | Automatic Payment | |
| 180797 | 16090023 | 09/12/2016 | $965.00 | 3 | Cashiers Check | | |
| 8920162 | 16080023 | 08/09/2016 | $965.00 | MO | Cashiers Check | Monthly Plan Payment | |
| 71120163 | 16070016 | 07/11/2016 | $965.00 | MO | Cashiers Check | Monthly Plan Payment | |
| 025767 | 16060020 | 06/09/2016 | $965.00 | 3 | Cashiers Check | | |
| 307255 | 16050002 | 05/02/2016 | $965.00 | 6 | Certified Check | | |
| 306762 | 16030036 | 03/21/2016 | $965.00 | 6 | Certified Check | | |
| 380590 | 16030001 | 02/29/2016 | $965.00 | 3 | Cashiers Check | | |
| 230846 | 16010026 | 01/20/2016 | $965.00 | 3 | Cashiers Check | | |
| 202905 | 15120041 | 12/22/2015 | $965.00 | 3 | Cashiers Check | | |

Total  $12,545.00

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Nancy Curry, Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (specify): **NOTICE AND MOTION TO DISMISS OR CONVERT CHAPTER 13 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 28, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On March 28, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addresses as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor | Attorney for Debtor |
|---|---|
| RICHARDS, NICHOLAS PAUL | BARRY E. BOROWITZ |
| 1004 ARROYO DRIVE, UNIT 7 | 100 N. BARRANCA STREET, STE. 250 |
| SOUTH PASADENA, CA 91030 | WEST COVINA, CA 91791-1600 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 28, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under laws of the United States that the foregoing is true and correct.

| March 28, 2017 | Heather Pedroza | /s/ Heather Pedroza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

RICHARDS, NICHOLAS PAUL

1004 ARROYO DRIVE, UNIT 7
SOUTH PASADENA, CA 91030

BARRY E. BOROWITZ
BOROWITZ & CLARK
100 N. BARRANCA STREET, STE. 250
WEST COVINA, CA 91791-1600