| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| M. Erik Clark, Esq. #188693<br>Barry E. Borowitz, Esq. #167418<br>Nancy B. Clark, Esq. #207024<br>Heather J. Canning, Esq. #272394<br>The Law Offices of Borowitz & Clark, LLP<br>100 N. Barranca Street, Suite 250<br>West Covina, CA  91791<br>Telephone:  (626) 332-8600<br>Facsimile:  (626) 332-8644 | |
| ☐ *Movant(s) appearing without an attorney*<br>☒ *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>NICHOLAS RICHARDS | CASE NO.: 2:15-bk-27200-WB |
|---|---|
| | CHAPTER: 13 |
| | **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)** |
| Debtor(s). | [No Hearing Required] |

1. I am the ☐ Movant(s) or ☐ attorney for Movant(s) or ☒ employed by attorney for Movant(s).

2. On (*date*): <u>04/17/2017</u>  Movant(s) filed a motion or application (Motion) entitled: <u>Notice of Application and</u>
   <u>Application for Attorney Fees and Declaration of Barry E. Borowitz in Support Thereon</u>

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): <u>04/17/2017</u>  Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than <u>17</u> days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                              Page 1                    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

9.  Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: <u>05/05/2017</u>

<u>Signature</u>

<u>Ramona J. Robins</u>
Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                              Page 2                    F 9013-1.2.NO.REQUEST.HEARING.DEC

# EXHIBIT "1"

Original

Barry E. Borowitz, Esq. #167418
Borowitz & Clark, LLP
100 N. Barranca Ave., Suite 250
West Covina, CA 91791
Tel:  (626) 332-8600
Fax: (626) 332-8644

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

In re:

NICHOLAS RICHARDS

                    Debtor(s).

Case No: 2:15-bk-27200-WB

Chapter 13

**NOTICE OF APPLICATION AND APPLICATION FOR SUPPLEMENTAL FEES AND DECLARATION OF BARRY E, BOROWITZ IN SUPPORT THEREON**

**TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY JUDGE; NANCY K. CURRY, CHAPTER 13 TRUSTEE: AND ALL OTHER PARTIES IN INTEREST:**

      Applicant is counsel of record for the above-named Debtor(s) who are under a confirmed Chapter 13 Plan. Fees were awarded for confirmation in the amount of $5,000.00.  Supplemental fees have been awarded as follows $214.50.  Applicant has performed certain extraordinary services at the request of the Debtor(s) attached as Exhibit 1.  The reasonable value for said services is **$1,545.00** of which $0 has been paid.

# <u>APPLICANT GIVES COURTESY DISCOUNT OF $245.00</u>

**WHEREFORE,** your applicant prays that an allowance be made in the sum of **$1,300.00**.

**DEADLINE** for Filing Opposition Papers:

Pursuant to LBR 9013-1(o), any party objecting to the motion may request a hearing on the motion. The deadline for filing and serving a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P.5(b)(2)(D), (E), or (F). If you fail to comply with this deadline, the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion without further hearing and notice.

Dated: April 17, 2017

By:_____
Barry E. Borowitz,
Attorney for Debtor(s)

Barry E. Borowitz, Esq. #167418
M. Erik Clark, Esq. #188693
Heather J. Canning, Esq. #272394
Nancy B. Clark, Esq. # 207024
**Borowitz & Clark, LLP**
100 N. Barranca Ave., Suite 250
West Covina, CA  91791
Tel: (626) 332-8600
Fax: (626) 332-8644

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| NICHOLAS RICHARDS | Case No. 2:15-bk-27200-WB |
| Debtor(s). | Chapter 13 |
| | DECLARATION OF BARRY E. BOROWITZ IN SUPPORT OF APPLICATION OF SUPPLEMENTAL FEES |

I, Barry E. Borowitz, hereby declare and state as follows:

1.     As to the following facts, I know them to be true of my own personal knowledge, and if

called upon to testify in this action, I could and would testify competently thereto;

2.     That I am a Partner with the Law Offices of Borowitz & Clark, LLP;

-1-

3.    That I have reviewed the file in this matter and Application for Supplemental Fees along with all the supporting documentation and agree with all of the statements therein.

I, Barry E. Borowitz, declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at West Covina, California on the date set forth below.

Dated: April 17, 2017

_____

Barry E. Borowitz, Esq.
Attorney for Debtor(s)

## FIRM RESUME

**Borowitz & Clark, L.L.P.,** is a leading consumer bankruptcy law firm with six offices located in West Covina, Torrance, Norwalk, Glendale, Palmdale and Ontario.

## ATTORNEYS AT LAW

**Barry E. Borowitz** received his J.D. in 1993 from Pepperdine University School of Law, Malibu, California where he was Articles Editor for the Pepperdine Law Review. Mr. Borowitz graduated Magna Cum Laude, was the Edward D. Di Loreto Scholarship recipient and is still involved with the Alumni Association. Mr. Borowitz is a member of the California State Bar of California, and is admitted to the Central, Eastern and Northern Districts of California. Mr. Borowitz has taught Consumer Bankruptcy as an Adjunct Professor at Loyola Law School, and is a member of the National Association of Consumer Bankruptcy Attorneys (NACBA), the National Association of Consumer Attorneys (NACA), the Los Angeles County Bar Association, the Federal Bar Association, and a Charter Member of the Central District Consumer Bankruptcy Attorneys Association (CDCBAA), among others. Since 1994, Mr. Borowitz has represented thousands of individuals and other entities in Chapter 7 and Chapter 13 bankruptcy cases.

**M. Erik Clark** is Board Certified in Consumer Bankruptcy by the American Board of Certification and a member of the State Bar in California, New York, and

Connecticut. Mr. Clark has taught Consumer Bankruptcy as an Adjunct Professor at Loyola Law School and served as the President of the National Consumer Bankruptcy Litigation Center (NCBLC) and the American Consumer Bankruptcy College (ACBC). He is a Charter Member of the Central District Consumer Bankruptcy Attorneys Association (CDCBAA) and a member of the National Association of Consumer Bankruptcy Attorneys (NACBA), the National Association of Consumer Advocates (NACA), the American Bankruptcy Institute (ABI), the Bankruptcy Executive Committee of the Los Angeles County Bar Association, the Federal Bar Association and the Beverly Hills Bar Association. Mr. Clark has been a panelist at the National Conference of Bankruptcy Judges (NCBJ), the Annual Convention of the National Association of Chapter Thirteen Trustees (NACTT) as well as the Annual NACBA Convention. During his career, he has represented thousands of clients in Chapter 7 and Chapter 13 bankruptcy cases. Mr. Clark received his J.D. in 1994 from Quinnipiac University School of Law in Hamden, Connecticut where he was Associate Editor of the Quinnipiac Probate Journal.

**Nancy B. Clark** received her J.D. in 1999 from California Western School of Law in San Diego, California where she was a staff writer for *The Commentary*. In addition, Ms. Clark received the Academic Achievement Award in Internship Seminar in 1999. She received the Pro Bono Publico Distinguished Service Award from the San Diego Volunteer Lawyer Program in 1998 in recognition of her

outstanding contribution of legal services to the indigent community in San Diego. She represented California Western School of Law in the Thurgood Marshall Moot Court Competition and the National Moot Court Competition in 1998. Ms. Clark was the Vice President of the California Western Student Association of Trial Lawyers of America. She was admitted to the State of California Bar in 2000. Ms. Clark is currently on the Board of the Central District Consumer Bankruptcy Attorneys Association (CDCBAA) and has participated in the Credit Abuse Resistance Education Program (C.A.R.E.) in the Los Angeles area. In addition, she is a member of the National Association of Consumer Bankruptcy Attorneys (NACBA). Since 2001, Ms. Clark has represented thousands of Chapter 7 and 13 Debtors in Bankruptcy hearings throughout the Central District of California.

**Heather J. Canning**, received her J.D. in 2009 from Hofstra University School of Law, where she received the Graduate Award for Excellence in Commercial Law Courses. Prior to obtaining her law degree, Ms. Canning gained valuable experience working as a fellow in the New York Appellate Court under Judge Joe Covello. Ms. Canning is a member of the State Bars of California and New York, and is admitted to the Central District of California. In addition, she is a member of the National Association of Consumer Bankruptcy Attorneys (NACBA) and the Central

District    Consumer    Bankruptcy    Attorneys    Association
(CDCBAA).   Ms. Canning represents debtors in all aspects of
Chapter 7 and Chapter 13 bankruptcy cases.

## CHAPTER 13 ADMINISTRATORS

The title of "Chapter 13 Administrator" was created by the
partners of this firm. The basic nature of the position is
that of a non-certified paralegal, however, the Chapter 13
Administrator is trained by the partners of the firm as a
bankruptcy paralegal. Once trained, the Chapter 13
Administrator is supervised by the Chapter 13 Supervising
Attorney, Nancy B. Clark.

**Alma Polanco** joined the Law Offices of Borowitz &
Clark in 2003 and was quickly promoted to Chapter 13
Administrator. Since then Ms. Polanco has handled thousands
of Chapter 13 post-petition issues.

**Yesenia R. Chicas** joined the Law Offices of Borowitz &
Clark in 2007 and was quickly promoted to Chapter 13
Administrator.  As a Chapter 13 Administrator, Ms. Chicas
has handled thousands of Chapter 13 post-petition issues.
She is a graduate of Bell Gardens High School and is
currently enrolled in the Paralegal Studies Program working
on her Associates and Bachelor's Degree at Mt. San Antonio
College.

**Jessica DeMarco** joined the Law Offices of Borowitz &
Clark, in October 2006 in the capacity of Chapter 13

Administrator.  Ms.DeMarco worked as a legal assistant for the Law Offices of Robert G. Winterbotham from 2000 - 2005; and for the Chapter 13 Trustees in Los Angeles, California from 2005 - 2006.  Ms. DeMarco is a graduate of Bellflower High School and attended Cerritos College from 1997 - 1999.

**Nancy Arce** joined the Law Offices of Borowitz & Clark, on December 1, 2008 in the capacity of Chapter 13 Administrator.  Prior to her employment with our office, Ms. Arce spent twenty-five years working with the Chapter 13 Trustees in Los Angeles, California.  Ms. Arce is a graduate from Garey High School.  She attended Cal Poly Pomona in 1981 through 1982 and majored in accounting.

**Carmen C. Barahona** joined the Law Offices of Borowitz & Clark July 1, 2011 in the capacity of Chapter 13 Administrator.  Ms. Barahona worked as an Administrator for Price Law Group from 1997 - 2005 and Torres Law Group from 2009 - 2011.  Ms. Barahona is a graduate of South Gate High School and attended UC Santa Barbara from 1989 - 1991.

**Ramona J. Robins** originally joined the Law Offices of Borowitz & Clark in 2004 as a Legal Assistant. Soon thereafter she was promoted to Chapter 13 Administrator. She is a graduate of Santa Fe High School. Ms. Robins has also worked as a legal assistant for the Law Offices of Robert G. Winterbotham and as an Administrator for Robert L. Goodrich Trustee.

The Chapter 13 Administrators are charged with the
following duties:

- Prepare routine legal documents, including orders, motions, applications, responses, oppositions and objections in chapter 13 bankruptcy cases;
- Prepare declaration or other documents, maintain document file, and prepare documentation for filing with the Clerk of the Bankruptcy Court;
- Gather research data, such as bankruptcy code, bankruptcy rules, local bankruptcy rules, and legal documents;
- Assist Attorney of Record to investigate facts of cases to prepare cases. Obtaining information from all relevant sources;
- Knowledge of the structure and content of the English and Spanish (with the exception of Ms. Robins, who does not speak Spanish) language including the meaning and spelling of words, rules of composition, and grammar;
- Knowledge of laws, legal codes, court procedures, and precedents;
- Knowledge of administrative and clerical procedures and systems such as word processing, managing files and records, designing forms, and other office procedures and terminology;
- Providing information to supervisors, co-workers, and clients by telephone, in written form, e-mail, or in person;
- Compiling, categorizing, calculating, tabulating, or verifying client and creditor information or data;
- Communicating with people outside the firm, representing the firm to clients, the US Bankruptcy Court, Trustees, and other external sources. This information can be exchanged in person, in writing, or by telephone or e-mail.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"

| **Key** | | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Alma Polanco | ALP | | $150.00 | |
| Barry Borowitz | BEB | | $495.00 | |
| Ramona Robins | RJR | | $150.00 | |

**Services Rendered for Motion to Incur Debt ("MTID")**

| | | | | |
|---|---|---|---|---|
| ***12/6/2016*** <br> Administrator reviews case and file. Debtor is requesting to purchase a new vehicle. Administrator informs debtor as to documentation needed to file a Motion to Incur Debt ("MTID"). | ALP | 0.60 | $ 150.00 | $   90.00 |
| ***12/7/2017*** <br> Administrator contacts debtor regarding documentation needed to prepare and file MTID. | ALP | 0.20 | $ 150.00 | $   30.00 |
| ***12/8/2017*** <br> Administrator contacts debtor regarding MTID. | ALP | 0.10 | $ 150.00 | $   15.00 |
| ***12/12/2016*** <br> Administrator contacts debtor regarding documentation needed for MTID. | ALP | 0.20 | $ 150.00 | $   30.00 |
| ***12/14/2016*** <br> Administrator contacts debtor regarding MTID. | ALP | 0.10 | $ 150.00 | $   15.00 |
| ***12/19/2016*** <br> Administrator contacts debtor regarding MTID. | ALP | 0.10 | $ 150.00 | $   15.00 |
| ***12/20/2016*** <br> Administrator contacts debtor regarding MTID. | ALP | 0.10 | $ 150.00 | $   15.00 |
| ***12/21/2016*** <br> Administrator contacts debtor regarding documentation needed for MTID. | ALP | 0.20 | $ 150.00 | $   30.00 |
| ***12/28/2016*** <br> Administrator contacts debtor regarding MTID. | ALP | 0.10 | $ 150.00 | $   15.00 |
| ***1/4/2017*** <br> Administrator contacts debtor regarding MTID. | ALP | 0.10 | $ 150.00 | $   15.00 |
| ***1/23/2017*** <br> Administrator contacts debtor regarding documentation needed for MTID. | ALP | 0.20 | $ 150.00 | $   30.00 |
| ***2/7/2017*** <br> Administrator contacts debtor regarding documentation needed for MTID. | ALP | 0.20 | $ 150.00 | $   30.00 |

| Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| *2/23/2017* | Administrator contacts debtor regarding MTID. | ALP | 0.10 | $ 150.00 | $ 15.00 |
| *2/24/2017* | Administrator contacts debtor regarding documentation needed for MTID. | ALP | 0.20 | $ 150.00 | $ 30.00 |
| *2/27/2017* | Administrator contacts debtor regarding MTID. | ALP | 0.10 | $ 150.00 | $ 15.00 |
| *2/27/2017* | Administrator reviews debtors proof of income, Prepares updated Schedule I & J, determines feasibility for MTID. | ALP | 0.90 | $ 150.00 | $ 135.00 |
| *2/27/2017* | Administrator prepares MTID, forwards to debtor and Attorney to sign. | ALP | 1.20 | $ 150.00 | $ 180.00 |
| *2/27/2017* | Attorney receives and reviews MTID, makes changes, signs and forwards to Administrator to file. | BEB | 0.60 | $ 495.00 | $ 297.00 |
| *3/16/2017* | Administrator prepares Declaration of Non-opposition to MTID. | ALP | 0.50 | $ 150.00 | $ 75.00 |
| *3/16/2017* | Administrator prepares Order on MTID. | ALP | 0.30 | $ 150.00 | $ 45.00 |
| *6/6/2016* | Administrator contacts debtors regarding MTID. | ALP | 0.10 | $ 150.00 | $ 15.00 |
| *4/10/2017* | Attorney receives and reviews Order Granting MTID. | BEB | 0.20 | $ 495.00 | $ 99.00 |
| *4/17/2017* | Administrator reviews file and prepares Application for Supplemental Fees, forwards to Attorney to review and sign. | RJR | 1.40 | $ 150.00 | $ 210.00 |
| *4/17/2017* | Attorney receives and reviews Application for Supplemental Fees, signs and forwards to Administrator to file. | BEB | 0.20 | $ 495.00 | $ 99.00 |
| | Sub-Total of services rendered | | 8.00 | | $1,545.00 |

**Summary of Time**

| | | | | | |
|---|---|---|---|---|---|
| Attorney Barry Borowitz | | BEB | 1.00 | $ 495.00 | $ 495.00 |
| Administrator Alma Polanco | | ALP | 5.60 | $ 150.00 | $ 840.00 |
| Administrator Ramona Robins | | RJR | 1.40 | $ 150.00 | $ 210.00 |
| **Total** | | | 8.00 | | $1,545.00 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**100 N. Barranca Avenue, Suite 250**
**West Covina, CA 91791**

A true and correct copy of the foregoing document described as ***NOTICE OF APPLICATION AND APPLICATION FOR SUPPLEMENTAL FEES AND DECLARATION OF BARRY E. BOROWITZ IN SUPPORT THEREON*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II.   **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 4/17/2017, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**Debtor:** Nicholas Richards, , 1004 Arroyo Drive, #7, , South Pasadena, CA  91030
**Chapter 13 Trustee:** Nancy K. Curry, 1000 Wilshire Blvd, Suite 870,  Los Angeles, CA 90017

☒ Service information continued on attached page

III.   **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/17/2017 | Ramona Robins | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                      **F 9013-3.1.PROOF.SERVICE**

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

Ace Cash Express
1231 Greenway Drive Ste 600
Irving, TX 75038

American Web Loan
2128 North 14th Street, Suite 13(
Ponca City, OK 74601

Balance Credit
6565 North MacArthur Blvd., Suite
250
Irving, TX 75039

Brookwood Loans of California,
LLC
P.O. Box 5970
Alpharetta, GA 30023

Capital One
15000 Capital One Drive
Richmond, VA 23238

Cashcall, Inc.
1 City Boulevard W
Orange, CA 92868

Cashcall, Inc.
P.O. Box 66007
Anaheim, CA 92816

Check ' N' Go
7755 Montgomery Road
Cincinnati, OH 45236

Credit One
P.O. Box 98875
Las Vegas, NV 89193

DFS/Cash Central of California
84 East 2400 N
North Logan, UT 84341

First Premier Bank
601 South Minnesota Avenue
Sioux Falls, SD 57104

First Premier Bank
P.O. Box 5529
Sioux Falls, SD 57117

LVNV Funding, LLC
P.O. Box 10497
Greenville, SC 29603

Merrick Bank
10713 South Jordan Gate
South Jordan, UT 84095

Merrick Bank
P.O. Box 660702
Dallas, TX 75266

Mountain Summit Financial
635 East Highway 20
Upper Lake, CA 95485

National Payment Center
P.O. Box 15028
Atlanta, GA 30348

Portfolio Recovery Associates, LLC
120 Corporate Boulevard, Suite 100
Norfolk, VA 23502

Radiant Cash
P.O. Box 1183
Lac Du Flambeau, WI 54538

Rise Credit
P.O. Box 101808
Fort Worth, TX 76185

Speedy Cash
P.O. Box 780408
Wichita, KS 67278

Sunbelt Credit
P.O Box 982235
El Paso, TX 79998

Target Finance, LLC
P.O. Box 581
Hays, MT 59527

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9013-3.1.PROOF.SERVICE**

US Department of Education
P.O. Box 105028
Atlanta, GA 30348

US Department of
Education/Gsl/Atl
P.O. Box 4222
Iowa City, IA 52244

Wells Fargo Dealer Services
P.O. Box 1697
Winterville, NC 28590

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE

## File a Motion:

2:15-bk-27200-WB Nicholas Paul Richards

  Type: bk              Chapter: 13 v            Office: 2 (Los Angeles)

  Assets: y             Judge: WB

### U.S. Bankruptcy Court

### Central District of California

Notice of Electronic Filing

The following transaction was received from Barry E Borowitz entered on 4/17/2017 at 11:04 AM PDT and filed on 4/17/2017

**Case Name:**     Nicholas Paul Richards

**Case Number:**   2:15-bk-27200-WB

**Document Number:** 30

**Docket Text:**
Application for Compensation *for Supplemental Fees* for Barry E Borowitz, Debtor's Attorney, Period: 12/6/2016 to 4/17/2017, Fee: $1,300.00, Expenses: $. Filed by Attorney Barry E Borowitz (Borowitz, Barry)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\JML\RICHARDS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=4/17/2017] [FileNumber=87261361-0] [a87476fd3eebbdd81d861a08cb449f73f617532bc852d5a96bb5011fea4811715c 8f583b4b983ef9f58e02de6c17ad7bd59dae86c2f15b56a4c2d9c317609ad8]]

**2:15-bk-27200-WB Notice will be electronically mailed to:**

Barry E Borowitz on behalf of Debtor Nicholas Paul Richards
notices@blclaw.com, ecf@blclaw.com;borowitzclark1@gmail.com

Nancy K Curry (TR)
TrusteeECFMail@gmail.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Georgina Yarbrough on behalf of Creditor SunUp Financial LLC, dba Balance Credit.com by Peritus Portfolio Services II, LLC as agent
bankruptcy@peritusservices.com

**2:15-bk-27200-WB Notice will not be electronically mailed to:**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

100 N. Barranca Street, Suite 250, West Covina, CA 91791-1600

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 05/05/2017___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Julia Brand, United States Bankruptcy Judge, 255 E. Temple Street, Suite 1382, Los Angeles, CA 90012
Debtor: Nicholas Richards, , 1004 Arroyo Drive, #7, South Pasadena, CA  91030

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/05/2017 | Ramona J. Robins | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                      Page 3                    **F 9013-1.2.NO.REQUEST.HEARING.DEC**