| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Barry E. Borowitz 167418<br>BOROWITZ & CALRK, LLP<br>100 N. Barranca Street, Suite 250<br>West Covina, CA 91791-1600<br>(626) 332-8600 Fax: (626) 332-8644<br>167418 CA<br>ecf@blclaw.com | |
| ☐ Individual appearing without attorney<br>☒ Attorney for Debtor | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>NICHOLAS PAUL RICHARDS<br><br><br><br>Debtor(s) | CASE NO.: 2:15-bk-27200-WB<br><br>CHAPTER: 13<br><br>SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)] |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G

☐ Schedule H    ☒ Schedule I    ☒ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)    ☐ Statement of Intentions    ☐ Master Mailing List

☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    June 18, 2018

_____
Nicholas P. Richards
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    Page 1    F 1007-1.1.AMENDED.SUMMARY

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Nicholas Paul Richards |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | 2:15-bk-27200-WB |

Check if this is:

☒ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                  12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Senior Audit Associate | |
| Employer's name | Richards & Associates CPA's | |
| Employer's address | 21520 Yorba Linda Boulevard, Ste G516<br>Yorba Linda, CA 92887 | |
| How long employed there? | 1 1/2 Years    Age: 39 | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 7,416.67 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 7,416.67 | $ N/A |

2

Official Form 106I                          Schedule I: Your Income                                    page 1

Debtor 1  **Nicholas Paul Richards**  Case number (*if known*)  2:15-bk-27200-WB

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 7,416.67 | $ N/A |
| 5. List all payroll deductions: |  |  |  |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 2,087.70 | $ N/A |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. Other deductions. Specify: | 5h.+ | $ 0.00 + | $ N/A |
| 6. Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 2,087.70 | $ N/A |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 5,328.97 | $ N/A |
| 8. List all other income regularly received: |  |  |  |
| 8a. Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| 8e. Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| 8h. Other monthly income. Specify: | 8h.+ | $ 0.00 + | $ N/A |
| 9. Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ N/A |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 5,328.97 + $ N/A = | $ 5,328.97 |

11. State all other regular contributions to the expenses that you list in *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____  11. +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies  12. $ 5,328.97
**Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?
■ No.
☐ Yes. Explain:

3

Official Form 106I    Schedule I: Your Income    page 2

RICHARDS & ASSOCIATES
714 6940037
21520 YORBA LINDA BLVD
YORBA LINDA CA  92887

0079-6626
ORG1:100 Employees
EE ID: 28

*Payrolls by Paychex, Inc.*

NICHOLAS P RICHARDS
1004 ARROYO DR #7
SOUTH PASADENA CA  91030

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Nicholas P Richards | | | | Regular | | | 7416.67 | | 36916.68 |
| 1004 Arroyo Dr #7 | | | | Regular | | | | M173.33 | 7416.67 |
| South Pasadena, CA  91030 | | | | BONUS | | | | | 5000.01 |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 28 | | | | Sick Acr-Memo | | | M3.33 | | M41.99 |
| | | | | Vac Acru-Memo | | | M54.67 | | M148.11 |
| Home Department: 100 Employees | | | | Total Hours | | | | 173.33 | |
| Pay Period: 05/01/18 to 05/31/18 | | | | Gross Earnings | | | 7416.67 | | 49333.36 |
| Check Date: 06/01/18    Check #:  Paid in Cash | | | | Total Hrs Worked | | | | | |
| NET PAY ALLOCATIONS | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | Social Security | | | 459.84 | | 3058.67 |
| Check Amount | 3828.96 | 33150.72 | | Medicare | | | 107.54 | | 715.33 |
| NET PAY | 3828.96 | 33150.72 | | Fed Income Tax | S 3 | | 997.21 | | 6238.64 |
| | | | | CA Income Tax | S 0 3 | | 448.95 | | 2676.64 |
| | | | | CA Disability | | | 74.17 | | 493.36 |
| | | | | TOTAL | | | 2087.71 | | 13182.64 |
| | | | DEDUCTIONS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| | | | | Adv | | | 1500.00 | | 3000.00 |
| | | | | TOTAL | | | 1500.00 | | 3000.00 |

| | NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 3828.96 | 33150.72 |

*Payrolls by Paychex, Inc.*

4

0079 0079-6626  Richards & Associates • 714 6940037 • 21520 Yorba Linda Blvd • Yorba Linda CA  92887 • (714) 694-0037

RICHARDS & ASSOCIATES  0079-6626
714 6940037  ORG1:100 Employees
21520 YORBA LINDA BLVD  EE ID: 28
YORBA LINDA CA 92887

*Payrolls by Paychex, Inc.*

NICHOLAS P RICHARDS
1004 ARROYO DR #7
SOUTH PASADENA CA  91030

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Nicholas P Richards | | | | Regular | | | | | 29500.01 |
| 1004 Arroyo Dr #7 | | | | Regular | M173.33 | | 7416.67 | M173.33 | 7416.67 |
| South Pasadena, CA  91030 | | | | BONUS | | | | | 5000.01 |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 28 | | | | Sick Acr-Memo | | | M3.33 | | M38.66 |
| | | | | Vac Acru-Memo | | | M6.67 | | M93.44 |
| Home Department: 100 Employees | | | | Total Hours | 173.33 | | | 173.33 | |
| Pay Period: 04/01/18 to 04/30/18 | | | | Gross Earnings | | | 7416.67 | | 41916.69 |
| Check Date: 05/01/18    Check #: Paid in Cash | | | | Total Hrs Worked | 173.33 | | | | |
| NET PAY ALLOCATIONS | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | Social Security | | | 459.83 | | 2598.83 |
| Check Amount | 3828.97 | 29321.76 | | Medicare | | | 107.54 | | 607.79 |
| NET PAY | 3828.97 | 29321.76 | | Fed Income Tax | S 3 | | 997.21 | | 5241.43 |
| | | | | CA Income Tax | S 0 3 | | 448.95 | | 2227.69 |
| | | | | CA Disability | | | 74.17 | | 419.19 |
| | | | | TOTAL | | | 2087.70 | | 11094.93 |
| | | | DEDUCTIONS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| | | | | Adv | | | 1500.00 | | 1500.00 |
| | | | | TOTAL | | | 1500.00 | | 1500.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 3828.97 | 29321.76 |

*Payrolls by Paychex, Inc.*

0079 0079-6626 Richards & Associates • 714 6940037 • 21520 Yorba Linda Blvd • Yorba Linda CA 92887 • (714) 694-0037

RICHARDS & ASSOCIATES
714 6940037
21520 YORBA LINDA BLVD
YORBA LINDA CA 92887

0079-6626
ORG1:100 Employees
EE ID: 28

Payrolls by Paychex, Inc.

NICHOLAS P RICHARDS
1004 ARROYO DR #7
SOUTH PASADENA CA 91030

**PERSONAL AND CHECK INFORMATION**
Nicholas P Richards
1004 Arroyo Dr #7
South Pasadena, CA 91030
Soc Sec #: xxx-xx-xxxx    Employee ID: 28

Home Department: 100 Employees

Pay Period: 03/01/18 to 03/31/18
Check Date: 04/01/18    Check #: Paid in Cash
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 5328.96 | 24002.37 |
| NET PAY | 5328.96 | 24002.37 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 7416.67 | | 29500.01 |
| | BONUS | | | | | 3333.34 |
| | Sick Acr-Memo | | | M-44.67 | | M35.33 |
| | Vac Acru-Memo | | | M6.67 | | M86.77 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 7416.67 | | 32833.35 |
| | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 459.84 | 2035.67 |
| | Medicare | | 107.54 | 476.08 |
| | Fed Income Tax | S 3 | 997.21 | 4212.14 |
| | CA Income Tax | S 0 3 | 448.95 | 1778.74 |
| | CA Disability | | 74.17 | 328.35 |
| | TOTAL | | 2087.71 | 8830.98 |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 5328.96 | 24002.37 |

Payrolls by Paychex, Inc.
0079 0079-6626 Richards & Associates • 714 6940037 • 21520 Yorba Linda Blvd • Yorba Linda CA 92887 • (714) 694-0037

Fill in this information to identify your case:

Debtor 1: Nicholas Paul Richards

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number: 2:15-bk-27200-WB
(If known)

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

   ☒ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents?    ☒ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes.   Fill out this information for each dependent...........

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?    ☒ No    ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,240.00 |
| | If not included in line 4: | |
| | 4a. Real estate taxes | 4a. $ 0.00 |
| | 4b. Property, homeowner's, or renter's insurance | 4b. $ 79.38 |
| | 4c. Home maintenance, repair, and upkeep expenses | 4c. $ 100.00 |
| | 4d. Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ 0.00 |

7

Official Form 106J                          Schedule J: Your Expenses                                page 1

| Debtor 1 | Nicholas Paul Richards | Case number (if known) | 2:15-bk-27200-WB |
|---|---|---|---|

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ 265.00
   - 6b. Water, sewer, garbage collection — 6b. $ 72.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 352.00
   - 6d. Other. Specify: _____ — 6d. $ 0.00
7. **Food and housekeeping supplies** — 7. $ 350.00
8. **Childcare and children's education costs** — 8. $ 0.00
9. **Clothing, laundry, and dry cleaning** — 9. $ 150.00
10. **Personal care products and services** — 10. $ 100.00
11. **Medical and dental expenses** — 11. $ 150.00
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 400.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ 100.00
14. **Charitable contributions and religious donations** — 14. $ 0.00
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 179.00
    - 15b. Health insurance — 15b. $ 260.00
    - 15c. Vehicle insurance — 15c. $ 295.98
    - 15d. Other insurance. Specify: **AAA Roadside Assistance** — 15d. $ 14.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ — 16. $ 0.00
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ 0.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: _____ — 17c. $ 0.00
    - 17d. Other. Specify: _____ — 17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $ 0.00
19. **Other payments you make to support others who do not live with you.** Specify: _____ — 19. $ 0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. **Other:** Specify: **Contingencies** — 21. +$ 150.00

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ 4,257.36
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ 4,257.36

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ 5,328.97
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 4,257.36
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* — 23c. $ 1,071.61

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ■ No.
    - ☐ Yes. | Explain here: |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**100 N. Barranca Street, Suite 250, West Covina, CA 91791-1600**

A true and correct copy of the foregoing document entitled (*specify*): **Summary of Amended Schedules, Master Mailing List, and or Statements** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **June 21, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Nancy Curry
Chapter 13 Trustee
1000 Wilshire Blvd. Suite 870
Los Angeles, CA 90017

Nicholas Paul Richards
1004 Arroyo Drive, Unit 7
South Pasadena, CA 91030

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 21, 2018 | Alma Polanco | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    Page 9    F 1007-1.1.AMENDED.SUMMARY