NANCY CURRY
CHAPTER 13 STANDING TRUSTEE
1000 WILSHIRE BLVD., SUITE 870
LOS ANGELES, CA 90017
(213)689-3014 FAX (213)689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) CHAPTER 13 |
| | ) |
| RICHARDS, NICHOLAS PAUL | ) CASE NO. LA 2:15-bk-27200-WB |
| | ) |
| | ) TRUSTEE'S VOLUNTARY DISMISSAL |
| _____ Debtor ) | OF MOTION TO DISMISS |

DATE:   August 22, 2018
TIME:   1:30 PM
PLACE:  255 E. Temple St.
        Courtroom 1375
        Los Angeles, CA 90012


PLEASE TAKE NOTICE THAT the Standing Trustee's Motion to

Dismiss served on April 12, 2018 is hereby voluntarily dismissed.

DATE: July 24, 2018                          /s/ Nancy Curry


PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:


I declare that I am over the age of 18 years and not a party
to the within action; that I am employed by Nancy Curry, Chapter
13 Trustee; and that on July 24, 2018, I served the above
notice by first class mail on:


DEBTOR                        ATTORNEY

RICHARDS, NICHOLAS PAUL        BARRY E. BOROWITZ
                               BOROWITZ & CLARK
1004 ARROYO DRIVE, UNIT 7      100 N. BARRANCA STREET, STE. 250
SOUTH PASADENA,  CA 91030      WEST COVINA, CA 91791-1600


I declare under penalty of perjury that the foregoing is
true and complete to the best of my knowledge.
Executed at Los Angeles, California on July 24, 2018.


                                         /s/ Jaime Mejia