| | |
|---|---|
| Barry E. Borowitz, #167418<br>Nancy B. Clark, # 207024<br>**BOROWITZ & CLARK, LLP**<br>100 N. Barranca Avenue, Suite 250<br>West Covina, CA 91791<br>(626) 332-8600 Telephone<br>(626) 332-8644 Facsimile | FOR COURT USE ONLY |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Name of Debtor(s) listed on the bankruptcy case:<br><br>**Nicholas Paul Richards** | CASE NO.: **2:15-bk-27200-WB**<br>CHAPTER: **13** |
| | CHANGE OF MAILING ADDRESS |

1. This change of mailing address is requested by:   ☑ Debtor   ☐ Joint-Debtor   ☐ Creditor
   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s):                Nicholas P. Richards
   Mailing Address:        1004 Arroyo Drive, #7
   City, State, Zip Code:  South Pasadena, CA 91030

3. **New Address:**
   Mailing Address:        **3541 F. Street**
   City, State, Zip Code:  **Eureka, CA 95503**

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

Debtor's DeBN account number    _____
Joint Debtor's DeBN account number    _____

Date:  July 5, 2019            Alma Polanco
                               Requestor's printed name(s)

                               /s/ Alma Polanco
                               Requestor's signature(s)
                               Legal Administrator
                               Title (if applicable, of corporate officer, partner, or agent)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                              F 1002-1.3.Change.Address

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**100 North Barranca Street, Suite 250, West Covina, CA 91791**

A true and correct copy of the foregoing document entitled (*specify*): **CHANGE OF ADDRESS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **July 5, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Honorable Julia Brand | Nancy Curry | United States Trustee |
|---|---|---|
| United States Bankruptcy Judge | Chapter 13 Trustee | Los Angeles Division |
| 255 East Temple St., Suite 1382 | 1000 Wilshire Blvd. Suite 870 | 915 Wilshire Blvd., Suite 1850 |
| Los Angeles, CA 90012 | Los Angeles, CA 90017 | Los Angeles, CA 90017 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 5, 2019 | Alma Polanco | *(signed)* Alma Polanco |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                     2                         F 9013-3.1.PROOF.SERVICE

## SERVED BY U.S. MAIL

| | | |
|---|---|---|
| Nicholas Paul Richards<br>3541 F. Street<br>Eureka, CA 95503 | Ace Cash Express<br>1231 Greenway Drive Ste 600<br>Irving, TX 75038 | American Web Loan<br>2128 North 14th Street, Suite 130<br>Ponca City, OK 74601 |
| Balance Credit<br>6565 N. MacArthur Blvd., Suite 250<br>Irving, TX 75039 | Brookwood Loans of California, LLC<br>P.O. Box 5970<br>Alpharetta, GA 30023 | Capital One<br>15000 Capital One Drive<br>Richmond, VA 23238 |
| Cashcall, Inc.<br>1 City Boulevard W<br>Orange, CA 92868 | Cashcall, Inc.<br>P.O. Box 66007<br>Anaheim, CA 92816 | Check ' N' Go<br>7755 Montgomery Road<br>Cincinnati, OH 45236 |
| Credit One<br>P.O. Box 98875<br>Las Vegas, NV 89193 | DFS/Cash Central of California<br>84 East 2400 N<br>North Logan, UT 84341 | First Premier Bank<br>601 South Minnesota Avenue<br>Sioux Falls, SD 57104 |
| First Premier Bank<br>P.O. Box 5529<br>Sioux Falls, SD 57117 | LVNV Funding, LLC<br>P.O. Box 10497<br>Greenville, SC 29603 | Merrick Bank<br>10713 South Jordan Gate<br>South Jordan, UT 84095 |
| Merrick Bank<br>P.O. Box 660702<br>Dallas, TX 75266 | Mountain Summit Financial<br>635 East Highway 20<br>Upper Lake, CA 95485 | National Payment Center<br>P.O. Box 15028<br>Atlanta, GA 30348 |
| Portfolio Recovery Associates, LLC<br>120 Corporate Boulevard, Suite 100<br>Norfolk, VA 23502 | Radiant Cash<br>P.O. Box 1183<br>Lac Du Flambeau, WI 54538 | Rise Credit<br>P.O. Box 101808<br>Fort Worth, TX 76185 |
| Speedy Cash<br>P.O. Box 780408<br>Wichita, KS 67278 | Sunbelt Credit<br>P.O Box 982235<br>El Paso, TX 79998 | Target Finance, LLC<br>P.O. Box 581<br>Hays, MT 59527 |
| US Department of Education<br>P.O. Box 105028<br>Atlanta, GA 30348 | US Department of Education/Gsl/Atl<br>P.O. Box 4222<br>Iowa City, IA 52244 | Wells Fargo Dealer Services<br>P.O. Box 1697<br>Winterville, NC 28590 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.