# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

IN RE:                                         **CASE NO: 1527200-WB**

    NICHOLAS RICHARDS
    SSN#: xxx-xx-7253
    Borrower#: 1011271888                 **CHAPTER BK13**

Debtor(s)                                      **CLAIM#: 9**

## NOTICE OF CREDITOR ADDRESS CHANGE

The U.S. Department of Education (ED), through its bankruptcy servicing agent Educational Credit
Management Corporation (ECMC), and its payment processing servicing agent National Payment Center,
request the Clerk of the U.S. Bankruptcy Court, CENTRAL DISTRICT OF CALIFORNIA, make note of
the changes in ED's addresses:

**PAYMENTS:**

Old:  U.S. Department of Education    New:  **U.S. DEPARTMENT OF EDUCATION**
      National Payment Center                 **NATIONAL PAYMENT CENTER**
      P O Box 105028                       **P O Box 790336**
      Atlanta, GA  30348-5028            **St. Louis, MO  63179-0336**

**NOTICES:**

Old:  U.S. Department of Education    New:  **U.S. DEPARTMENT OF EDUCATION**
      P O Box 16448                        **P O Box 16448**
      Saint Paul, MN  55116-0448        **Saint Paul, MN  55116-0448**

Respectfully submitted this day, July 12, 2019

                         /s/  Todd Blunt
                         Bankruptcy Operation Specialist
                         Bankruptcy Department
                         PO Box 16448
                         St. Paul, MN  55116-0448
                         PH: (800) 363-4562  Fax: (877) 865 9741