United States Bankruptcy Court
Central District of California

In re:                                                          Case No. 15-27200-WB
Nicholas Paul Richards                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: nvandenst          Page 1 of 2          Date Rcvd: Nov 20, 2019
                              Form ID: 3180W           Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
db          +Nicholas Paul Richards,    3541 F St,    Eureka, CA 95503-5345
36712715    +American Web Loan,    2128 North 14th Street, Suite 130,    Ponca City, OK 74601-1831
36712716    +Balance Credit,    6565 North MacArthur Boulevard,,    Suite 250,    Irving, TX 75039-2468
36712717    +Brookwood Loans of California, LLC,    P.O. Box 5970,    Alpharetta, GA 30023-5970
36712721    +Check ' N' Go,    7755 Montgomery Road,    Cincinnati, OH 45236-4197
36802302     Check 'n Go,    C/O Real Time Resolutions, Inc.,    PO Box 566027,    Dallas, TX 75356-6027
36712723    +DFS/Cash Central of California,    84 East 2400 N,    North Logan, UT 84341-2902
36712724    +Equifax- Credit Bureau,    P.O. Box 740241,    Atlanta, GA 30374-0241
36712725    +Experian - Credit Bureau,    Corporate Headquarters,    475 Anton Blvd.,
              Costa Mesa, CA 92626-7037
36712732    +Merrick Bank,   10713 South Jordan Gate,    South Jordan, UT 84095-3962
36712734    +Mountain Summit Financial,    635 East Highway 20,    Upper Lake, CA 95485-8793
36712736    +National Payment Center,    P.O. Box 15028,    Atlanta, GA 30333-0028
36712741    +Sunbelt Credit,    P.O Box 982235,    El Paso, TX 79998-2235
36712742    +Target Finance, LLC,    P.O. Box 581,    Hays, MT 59527-0581
36712743    +Trans Union - Credit Bureau,    P.O. Box 2000,    Chester, PA 19016-2000
36712745    +US Department of Education,    P.O. Box 105028,    Atlanta, GA 30348-5028
36712746     US Department of Education/Gsl/Atl,    P.O. Box 4222,    Iowa City, IA 52244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          EDI: EDD.COM Nov 21 2019 09:28:00    Employment Development Dept.,    Bankruptcy Group MIC 92E,
              P.O. Box 826880,    Sacramento, CA 94280-0001
smg          EDI: CALTAX.COM Nov 21 2019 09:28:00    Franchise Tax Board,    Bankruptcy Section MS: A-340,
              P.O. Box 2952,    Sacramento, CA 95812-2952
smg          E-mail/Text: finance.bankruptcy@lacity.org Nov 21 2019 04:39:44    Los Angeles City Clerk,
              P.O. Box 53200,    Los Angeles, CA 90053-0200
cr          +E-mail/Text: bncmail@w-legal.com Nov 21 2019 04:40:24    Cerastes, LLC,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
cr          +EDI: ECMC.COM Nov 21 2019 09:28:00    U.S. Department of Education,    PO Box 16448,
              St. Paul, MN 55116-0448
36712714    +EDI: ACECASHXPRESS.COM Nov 21 2019 09:28:00    Ace Cash Express,    1231 Greenway Drive Ste 600,
              Irving, TX 75038-2511
36712718     EDI: CAPITALONE.COM Nov 21 2019 09:28:00    Capital One,    15000 Capital One Drive,
              Richmond, VA 23238
36712720     E-mail/Text: bankruptcy@cashcall.com Nov 21 2019 04:40:43    Cashcall, Inc.,    P.O. Box 66007,
              Anaheim, CA 92816
36966437    +E-mail/Text: bncmail@w-legal.com Nov 21 2019 04:40:24    CashCall, Inc.,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
36712719    +E-mail/Text: bankruptcy@cashcall.com Nov 21 2019 04:40:43    Cashcall, Inc.,
              1 City Boulevard W,    Orange, CA 92868-3621
38153665    +E-mail/Text: bncmail@w-legal.com Nov 21 2019 04:40:24    Cerastes, LLC,
              C/O Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
36712722    +E-mail/PDF: creditonebknotifications@resurgent.com Nov 21 2019 04:56:12    Credit One,
              P.O. Box 98875,    Las Vegas, NV 89193-8875
36712727    +EDI: AMINFOFP.COM Nov 21 2019 09:28:00    First Premier Bank,    P.O. Box 5529,
              Sioux Falls, SD 57117-5529
36712726    +EDI: AMINFOFP.COM Nov 21 2019 09:28:00    First Premier Bank,    601 South Minnesota Avenue,
              Sioux Falls, SD 57104-4868
36712728    +EDI: CALTAX.COM Nov 21 2019 09:28:00    Franchise Tax Board,    Bankruptcy Section MS A340,
              P.O. Box 2952,    Sacramento, CA 95812-2952
36712730    +EDI: IRS.COM Nov 21 2019 09:28:00    Internal Revenue Service,    P.O. Box 7346,
              Philadelphia, PA 19101-7346
36712731    +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 21 2019 04:55:05    LVNV Funding, LLC,
              P.O. Box 10497,    Greenville, SC 29603-0497
36770472     E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 21 2019 04:54:04    MERRICK BANK,
              Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
36712733    +E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 21 2019 04:55:03    Merrick Bank,
              P.O. Box 660702,    Dallas, TX 75266-0702
36712737     EDI: PRA.COM Nov 21 2019 09:28:00    Portfolio Recovery Associates, LLC,
              120 Corporate Boulevard, Suite 100,    Norfolk, VA 23502
36940483    +EDI: JEFFERSONCAP.COM Nov 21 2019 09:28:00    Premier Bankcard, Llc,
              c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
36725401     EDI: Q3G.COM Nov 21 2019 09:28:00    Quantum3 Group LLC as agent for,    ACE Cash Express INC,
              PO Box 788,    Kirkland, WA 98083-0788
36712738    +E-mail/Text: bankruptcy@ldf-holdings.com Nov 21 2019 04:40:44    Radiant Cash,    P.O. Box 1183,
              Lac Du Flambeau, WI 54538-1183
36712739    +EDI: PHINELEVATE Nov 21 2019 09:28:00    Rise Credit,    P.O. Box 101808,
              Fort Worth, TX 76185-1808
36712740    +E-mail/Text: bankruptcy@speedyinc.com Nov 21 2019 04:40:07    Speedy Cash,    P.O. Box 780408,
              Wichita, KS 67278-0408
37172263     E-mail/Text: peritus@ebn.phinsolutions.com Nov 21 2019 04:40:52
              SunUp Financial LLC, dba Balance Credit.com by Per,    PO BOX 141419,    Irving, Tx 75014-1419
37050221     EDI: ECMC.COM Nov 21 2019 09:28:00    US Department of Education,    P O Box 16448,
              Saint Paul MN 55116-0448

```
District/off: 0973-2          User: nvandenst            Page 2 of 2           Date Rcvd: Nov 20, 2019
                              Form ID: 3180W             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
36712744         +E-mail/Text: USTPregion16.LA.ECF@USDOJ.GOV Nov 21 2019 04:40:11     United States Trustee,
                  Los Angeles Division,   915 Wilshire Boulevard, Suite 1850,   Los Angeles, CA 90017-3560
36773794          EDI: WFFC.COM Nov 21 2019 09:28:00     Wells Fargo Bank, N.A., d/b/a WFDS,   P.O. Box 19657,
                  Irvine, CA 92623-9657
36712747         +EDI: WFFC.COM Nov 21 2019 09:28:00     Wells Fargo Dealer Services,   P.O. Box 1697,
                  Winterville, NC 28590-1697
                                                                                               TOTAL: 30

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
36712729          Grplndg
36712735          My Payday Loan
cr*              +SunUp Financial LLC, dba Balance Credit.com by Per,    P.O BOX 141419,   Irving, TX 75014-1419
                                                                                        TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2019 at the address(es) listed below:
```
              Barry E Borowitz    on behalf of Debtor Nicholas Paul Richards ecf@blclaw.com,
               notices@blclaw.com;borowitzclark1@gmail.com
              Bethany    Wojtanowicz    on behalf of Creditor    Cerastes, LLC bethanyw@w-legal.com,
               BNC@w-legal.com
              Georgina    Yarbrough    on behalf of Creditor    SunUp Financial LLC, dba Balance Credit.com by
               Peritus Portfolio Services II, LLC as agent bankruptcy@peritusservices.com
              Mai    Thor    on behalf of Creditor    U.S. Department of Education mthor@ecmc.org
              Nancy K Curry (TR)    TrusteeECFMail@gmail.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Nicholas Paul Richards** | Social Security number or ITIN  xxx–xx–7253 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Central District of California**

Case number:  **2:15–bk–27200–WB**

# Order of Discharge – Chapter 13     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nicholas Paul Richards

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 11/20/19

**Dated:** 11/20/19      **By the court:**     Julia W. Brand
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**77/NV**

**For more information, see page 2 >**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**